**Order entered October 5, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01314-CV

## ESTATE OF HOWARD GILLIS THOMAS, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-10-00877-1**

## ORDER

Before the Court are appellant's September 28, 2016 motion to abate appeal and remand to the trial court for consideration of an out-of-time motion for new trial and appellees' October 3, 2016 response to that motion. Appellant's motion is **DENIED**.

On the Court's own motion, this appeal is removed from submission on October 11, 2016 and is **ABATED** pending resolution of cause number 05-16-01161-CV, Estate of Howard Gillis Thomas, an appeal from the trial court's order dismissing appellant's statutory bill of review.

/s/     DOUGLAS S. LANG
           JUSTICE